**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **YURANIA DOLZ** _____ JOINT DEBTOR:_____ CASE NO.: **16-10517-AJC**
Last Four Digits of SS# _2922_____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ __37.00__ for months _1_ to _36_ ;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

*FEB 17 2016*

Administrative: Attorney's Fee - $_____ TOTAL PAID $ _____
Balance Due   $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
Address:_____
_____
Account No: _____

Arrearage on Petition Date $_____
Arrears Payment    $_____/month (Months _____ to _____)
Regular Payment    $_____/month (Months _____ to _____)

2. _____
Address:_____
_____
Account No: _____

Arrearage on Petition Date $_____
Arrears Payment    $_____/month (Months _____ to _____)
Regular Payment    $_____/month (Months _____ to _____)

3. _____
Address:_____
_____
Account No: _____

Arrearage on Petition Date $_____
Arrears Payment    $_____/month (Months _____ to _____)
Regular Payment    $_____/month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____
Total Due $_____
Payable   $_____/month (Months____ to ___) Regular Payment $_____

2. _____
Total Due $_____
Payable   $_____/month (Months____ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ __33.33__ /month (Months _1_ to _36_).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Debtor
Date: __02/16/2016__

_____
Joint Debtor
Date:_____