UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case No. 16-10517-AJC
Chapter 13

DOLZ, YURANIA

_____ Debtor _____ /

FEB 17 2016

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

__X__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
   ___receives disability payments
   ___is unemployed and does not receive unemployment compensation
   ___receives Social Security payments
   ___receives a pension
   ___does not work outside the home
   ___is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

_____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of payment advices **are not** attached because the joint debtor:
    ____receives disability payments
    ____is unemployed and does not receive unemployment compensation
    ____receives Social Security payments
    ____receives a pension
    ____does not work outside the home
    ____is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

_____
Signature of Attorney or Debtor

Date: 02/16/2016

_____
Signature of Joint Debtor, if applicable

Date:_____

| | | | |
|---|---|---|---|
| **ALL AROUND HOME HEALTH AGENCY INC** | | | **2671** |
| YURANIA DOLZ | | 1/18/2016 | 252.00 |

| | |
|---|---|
| ALL AROUND HOME | 252.00 |

| | | | |
|---|---|---|---|
| **ALL AROUND HOME HEALTH AGENCY INC** | | | **2701** |
| YURANIA DOLZ | PAID UNTIL 12/26/2016 PAID IN FULL | 1/28/2016 | 216.00 — DEC |
| | | | 126.00 — DEC |
| | | | 252.00 — DEC |
| | | | 180.00 — NOV |
| | | | 234.00 — NOV |

| | |
|---|---|
| ALL AROUND HOME | 1,008.00 |

PAYMENT ADVICES